153 So.2d 884

**Anthony SANSONE, d/b/a Sansone's Restaurant,**

**v.**

**The AMERICAN INSURANCE COMPANY.**

No. 46779.

June 14, 1963.

Court of Appeal, Second Circuit. 152 So.2d 605.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

153 So.2d 884

**Jerbert CLUBB et al.**

**v.**

**Jerome A. DeKEYZER et al., in their capacity as members of the Statutory Review Committee, United States Department of Agriculture.**

No. 46788.

June 14, 1963.

Court of Appeal, Third Circuit. 152 So.2d 77.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.